UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-00291-PMP-LRL |
| Plaintiff, | |
| vs. | **ORDER** |
| LONNIE LILLARD, | |
| Defendant. | |

The Court having read and considered Defendant Lillard's Motion for Relief From Judgment/Order Entered May 26, 2010, Pursuant to Federal Rules of Civil Procedure 60(b)(4) and 60(b)(6) (Doc. #286) filed February 24, 2012, and good cause appearing,

**IT IS ORDERED** that Defendant Lillard's Motion for Relief From Judgment/Order Entered May 26, 2010, Pursuant to Federal Rules of Civil Procedure 60(b)(4) and 60(b)(6) (Doc. #286) is **DENIED**.

DATED: March 13, 2012.

_____
PHILIP M. PRO
United States District Judge